IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH E. DOROUGH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL 2:09-CV-1129-VEH-PWG |
| | ) |
| **FIRST COMMERCIAL BANK,** a domestic corporation; **EQUIFAX INFORMATION SERVICES, LLC,** a foreign limited liability, | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the Memorandum of Opinion entered contemporaneously herewith and with Rule 58, *Federal Rules of Civil Procedure*, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**DONE** this the 9th day of February, 2010.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge